UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

_____

**This Document Relates to:**

*Charles Prichard and Joan Prichard*
*v. Boehringer Ingelheim Pharmaceuticlas,*
*Inc. and Boehringer Ingelheim*
*International GmbH*
No. 3:12-cv-50061-DRH-SCW

## ORDER GRANTING SUBSTITUTION

**HERNDON, Chief Judge:**

Plaintiff Joan Prichard and her counsel, pursuant to F.R.C.P. 25(a), have filed a motion to substitute Plaintiff Joan Prichard for Plaintiff Charles Prichard as a result of the death of Charles Prichard (Doc. 7). Movants' state that, pursuant to Cal. Civ. Proc. Code §§ 377.20, 377.21 and 377.30, Plaintiff Joan Prichard, as the wife of decedent at all times relevant to this action, has standing to bring this claim as Plaintiff Charles Prichard's successor in interest, as no estate has been or will be opened, and a personal representative has not and will not be appointed (Doc. 7).

The motion to substitute is **GRANTED**. Plaintiff Joan Prichard, successor in interest to Charles Prichard, is hereby substituted in as Plaintiff for the Decedent Charles Prichard.

**FURTHER**, The Court instructs the Clerk of the Court to revise the docket accordingly.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2013.06.12 14:48:28 -05'00'

**Chief Judge**  **Date:  June 12, 2013**
**United States District Court**